# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Darnell, Harris
Inmate Identification Number: #249278

Darnell, Harris
(Enter above the full name of the plaintiff
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Kim Thomas

CV-14-B-1026-NE

Alabama Department Of Corrections
(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )    No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: Darnell, Harris

           Defendant(s): Kim Thomas

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement **Limestone Prison**

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )     No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?     Yes ( )     No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not: **I Never Knew of Such grievance**

_____

_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Darnell, Harris

Address 28779 Nick Davis Rd, Harvest, AL. 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Commisoner Kim Thomas

Is employed as _____

at Alabama Department of Corrections

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

(1.) Violation of The Hippa Law (2.) Violation of Confidentiality (3.) Violated My Human Rights (4.) Pain and Suffering (5.) mental Stress (6.) EnDangerment of A Prison (7.) Discrimination (8.) Violation of The Americans Disabilty Act

4

V.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

monitary Damages "etc"..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Darnell, Harris
SIGNATURE

ADDRESS 28779 Nick Davis Rd.
Harvest, AL. 35749

AIS # 249278